FILED

12/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0057

---

IN THE MATTER OF:

D.A.T.

A Youth.

---

## ORDER

---

Upon consideration of Appellant's unopposed motion to file appendixes under seal, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's Motion to File Appendixes Under Seal, this Order, and all Appendixes documents filed in Appellant's Opening Brief shall be filed under seal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 14 2021